**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.**   09-cv-00040-MSK-KMT | FTR - Courtroom C-201 |
| **Date:**  November 6, 2009 | Cathy Coomes, Deputy Clerk |
| GERALD HANSEN ELLER, | Steven T. Nolan |
| Plaintiff(s), | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC; | (No appearance) Martin E. Thornthwaite |
| Defendant(s). | |

**COURTROOM MINUTES / MINUTE ORDER**

**TELEPHONIC HEARING –** Plaintiff's Motion for Protective Order re: Plaintiff's Deposition

**Court in session:**   3:47 p.m.

Court calls case.  Appearances of counsel by telephone.

The court and counsel discuss Plaintiff's Motion for Protective Order re: Plaintiff's Deposition (Doc. #52, filed 11/5/09).  Counsel agree that the deposition of Plaintiff can be reset, if the discovery and dispositive motions deadlines are extended.

The court and counsel discuss setting a Status Conference.

**ORDERED:**   Plaintiff's Motion for Protective Order re: Plaintiff's Deposition (Doc. #52, filed 11/5/09) is GRANTED.  By agreement of counsel, the deposition of Plaintiff, Gerald Hansen Eller, shall take place on **November 24, 2009,** at a time to be determined by counsel.

**ORDERED:**   The discovery deadline is extended to **January 7, 2010.**  The dispositive motion deadline is extended to **February 7, 2010.**  The Final Pretrial Conference before Judge Marcia S. Krieger will remain set for April 8, 2010.

**ORDERED:**   A Status Conference is set for **December 10, 2009, at 10:30 a.m.**  If Mr. Nolan intends to file a Motion to Withdraw, he is directed to notify Plaintiff of the Status Conference date.

**Court in recess:**   4:00 p.m.
Total In-Court Time 0:13; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.