**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

Civil Action No.   09-cv-00040-MSK-KMT          FTR

**Date:**  December 10, 2009                          Debra Brown, Deputy Clerk

GERALD HANSEN ELLER                              Pro se

                          Plaintiffs.

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,          Benton Jordan Barton
                                               Martin Thornthwaite
TRANS UNION LLC                                Edward Chang (Telephone)

                          Defendants.

_____

### COURTROOM MINUTES / MINUTE ORDER

_____

**STATUS CONFERENCE**

**Court in Session: 10:35 a.m.**

Court calls case.  Appearance by Plaintiff, pro se and  of counsel.

Discussion by the Court regarding the current pending motions referred for ruling.

**ORDERED:**     [68] MOTION for Leave to Appear at the Status Conference Telephonically by
                 Counter Claimant Experian Information Solutions, Inc. filed by Defendant has
                 been referred and has been **granted** by separate minute order.

**ORDERED:**     Plaintiff's [71] MOTION for Withdrawal of Objection is **denied as moot**.

Statements by Mr. Eller.
Statements by Mr. Thornthwaite.

**ORDERED:**     Defendant shall file their Motion to Compel outstanding discovery on or before
                 December 21, 2009. Plaintiff shall respond on or before January 10, 2010.
                 Edward Chang is granted leave to appear telephonically for any Motion hearing
                 set in connection with this filing.

**ORDERED:**     Plaintiff shall file any discovery requests on or before December 21, 2009.
                 Defendant shall respond on or before January 23, 2010.

**ORDERED:**    The Discovery Cut-Off is extended to **March 01, 2010.** The Dispositive Motion deadline is extended to **April 01, 2010.**

**ORDERED:**    The Court will not set a settlement conference based upon the parties statements on the record.

**Court in recess: 11:41 a.m.**
Total In-Court Time 1:06; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.