# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.**   09-cv-00040-MSK-KMT | FTR |
| **Date:**   February 08, 2010 | Debra Brown, Deputy Clerk |
| GERALD HANSEN ELLER | Pro se |
| Plaintiffs. | |
| v. | |
| TRANS UNION LLC | Benton Jordan Barton<br>Martin Thornthwaite |
| EXPERIAN INFORMATION SOLUTIONS, INC., | Edward Chang (No appearance) |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session: 9:36 a.m.**

Court calls case.  Appearance by plaintiff, pro se and of Counsel. The Court's record will reflect there is no appearance by Mr. Chang.

Defendant, Trans Union's  [78] MOTION to Compel Discovery Responses, filed December 21, 2009 at issue.

Opening statements by the Court.
Argument by the parties.

With respect to Request for Admissions 1 thru 16 the motion to compel is **DENIED.**

With respect to Interrogatories numbered 3 thru 14 and 17 the Court finds as follows:

**ORDERED:**   With respect to Interrogatory number 3 and 4 the motion to compel is **GRANTED** and requires supplemental responses by Plaintiff.

With respect to Interrogatory number 5, the motion to compel is **GRANTED in part**. As to damages claimed from March 01, 2006 to present, Plaintiff shall state his damages specifically and supplement his responses.

09-cv-00040-MSK-KMT
February 08, 2010
Page 2

        With respect to Interrogatory number 6 the motion to compel is **GRANTED in part** as stated on the record. Plaintiff shall supplement his response.

        With respect to Interrogatory number 7, the motion to compel is **GRANTED** as amended to substitute the date March 01, 2006 for January 2005 and requires a supplemental response by Plaintiff.

        With respect to Interrogatory number 8 the motion to compel is **GRANTED** and requires a supplemental response by Plaintiff.

        With respect to Interrogatory number 9, the motion to compel is **DENIED.**

        With respect to Interrogatory number 10 the motion to compel is **DENIED** with leave to resubmit a revised Interrogatory 10 on or before February, 12, 2010. Plaintiff shall respond on or before March 11, 2010.

        With respect to Interrogatories numbers 11, 12 the motion to compel is **DENIED.**

        With respect to Interrogatory number 13, modified to substitute March 01, 2006 for January 2005, and to delete the word "reseller", the motion to compel is **GRANTED**.  Plaintiff shall submit supplemental responses.

        With respect to Interrogatory number 14 the motion to compel is **DENIED.**

        With respect to Interrogatory number 17 the motion to compel is **GRANTED** and requires a supplemental response by Plaintiff.

**ORDERED:** With respect to Request for Production of Documents numbered 1, 3, 6, 7, 9, 10, 11, 13, 16 and 24 the motion to compel is **GRANTED** with the limitation that all the requests apply to documents or evidence subsequent to March 01, 2006.

**ORDERED:** The parties shall meet before February 21, 2010. At the meeting, Plaintiff shall provide all documents in his possession as discussed in Court for inspection by Defendants. Defendants shall copy and appropriately label any document they need and return the original to the Plaintiff. The Defendants shall provide to the Plaintiff a complete copy of all documents copied by Defendants with the sequential numbers.

**ORDERED:** All ordered supplemental responses from Plaintiff are due on or before March 11, 2010.

**ORDERED:** Discovery cut-off is extended to March 11, 2010. Dispositive motion deadline is extended to April 12, 2010.

09-cv-00040-MSK-KMT
February 08, 2010
Page 3

**ORDERED:**   The Court advises the parties that a written Report and Recommendation will issue regarding [70] Plaintiff's "MOTION to Amend [31] Unopposed MOTION to Amend First Amended Complaint Pursuant to Fed.R.Civ.P. 15(a)(2)" recommending denial of the motion.

**Court in recess: 11:31 a.m.**
Total In-Court Time: 1:56; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.