**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: April 8, 2010 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 09-cv-00040-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| GERALD HANSEN ELLER, | Gerald Hansen Eller, *pro se* |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC, | Edward Chang<br>Benton Barton<br>Martin Thornthwaite |
| Defendant. | Paul Myers |

## COURTROOM MINUTES

HEARING: Final Pretrial Conference.

**4:12 p.m.    Court in session.**

Abril Turner, corporate counsel for defendant Experian and Pat Norris, representative of Trans Union are present by telephone.

The Court advises counsel to reassess the amount of time necessary for trial in light of comments with regard to the witness and exhibit lists and proposed final pretrial order.

**PENDING MOTIONS.**

Oral findings are made of record and incorporated herein.

The Court addresses defendant Experian's Motion to Dismiss Second Amended Complaint (**Doc. #42).**

Judge Marcia S. Krieger
Courtroom Minutes
Page 2

No further argument.

**ORDER:** Defendant Experian's Motion to Dismiss Second Amended Complaint (**Doc. #42**) is **GRANTED in part and DENIED in part.**

The Court addresses plaintiff's Objections to Magistrate Judge's Recommendation (**Doc. #92**).

**ORDER**: The Court overrules plaintiff's Objections (Doc. #92) and adopts the recommendation. Plaintiff's Motion to Amend (**Doc. #70**) **is DENIED.**

Further argument by plaintiff.

The Court addresses plaintiff's Motion to Deny Summary Judgment (**Doc. #111**)

**ORDER:** Plaintiff's Motion to Deny Summary Judgment (**Doc. #111**) **is DENIED** as premature.

The Court addresses the filing of a revised final pretrial order in light of the Court's rulings.

**4:57 p.m.** **Court in recess**
**5:04 p.m.** **Court in session**

Defendants request a 5 day extension to file dispositive motions.

**ORDER:** Defendants' request for a 5 day extension to file dispositive motions is **GRANTED.** Dispositive motions will be filed by **April 16, 2010**. Joint motion(s) for 702 determination are also due on **April 16, 2010.**

**ORDER:** A joint proposed pretrial order and a request for further pretrial conference will be filed 20 days after the Court's ruling on the dispositive motions.

**5:12 p.m.** **Court in recess.**

**Total Time: 53 minutes.**
**Hearing concluded.**