**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 09-cv-00040-WJM-KMT

GERALD HANSEN ELLER,

      Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, and
TRANS UNION LLC, a foreign corporation,

      Defendants.

---

**ORDER TO CURE DEFICIENCY**

---

Martinez,  Judge

      Plaintiff submitted a Notice of Appeal on August 16, 2011 .   The court has

determined that the document is deficient as described in this order.   Plaintiff will be

directed to cure the following if  wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X     is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C.**
      **§ 1915 and Fed. R. App. P. 24**:
      X     is not submitted
      __     is not on proper form (must use the court's current form)
      __     is missing original signature by plaintiff/petitioner on motion
      __     is missing affidavit
      __     affidavit is incomplete
      __     is missing original signature by plaintiff/petitioner on affidavit
      __     affidavit is not notarized or is not properly notarized
      __     other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order.  Any papers that Plaintiff filed in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

Dated this 18th day of August, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge

2