IN THE UNITED STATES DISTRICT COURT
                            FOR THE DISTRICT OF COLORADO
                               Judge William J. Martínez
_____

Courtroom Deputy: Deborah Hansen           Date:  September 21, 2012
Court Reporter:     Gwen Daniel

_____

Civil Action No.  09-cv-00040-WJM-KMT      Counsel:

GERALD HANSEN ELLER,                       Gerald Hansen Eller, *pro se*

       Plaintiff,

v.

TRANS UNION LLC,                           Paul L. Meyers
                                           Benton Barton
       Defendant.                          Martin E. Thornthwaite
_____

                               COURTROOM MINUTES
_____

TRIAL PREPARATION CONFERENCE

10:03 a.m.    Court in Session

Appearances

Court's comments

This matter is set for a 3-day jury trial commencing Tuesday, October 9, 2012 at 8:00 a.m.

The Court addresses pending motions:

**ORDERED:  Trans Union's Motion in Limine (ECF No. 197)**

       **1.**    **DENIED as to Other lawsuits Plaintiff has filed against Trans Union or settlement agreements between Plaintiff and Trans Union.**
       **2.**    **RULING RESERVED as to Other consumers who have filed lawsuits against Trans Union**.
       **3.**    **RULING RESERVED as to Trans Union is the only consumer reporting agency to report the NCO Financial Account.**

4. **DENIED as to Trans Union's financial status, wealth, size or relative position in the credit reporting industry.**
5. **GRANTED as to Defense counsel's representation of Trans Union in other cases.**
6. **GRANTED IN PART AND DENIED IN PART as to Plaintiff's dealings with Trans Union's counsel in this lawsuit and any prior lawsuits.**
7. **RULING RESERVED as to Medical or emotional conditions allegedly caused by Trans Union or suffered by Plaintiff for which Plaintiff seeks recovery in this case.**
8. **GRANTED IN PART as to Fact witness testimony from medical or mental health care providers.**
9. **GRANTED IN PART as to Mental health visits or mental anguish suffered after December 14, 2011.**
10. **GRANTED as to any emotional distress or other damages allegedly caused by Trans Union that occurred prior to December 2008.**
11. **GRANTED as to any alleged inaccuracy and any other complaints by Plaintiff regarding his Trans Union credit reports or credit file other than the reporting of the NCO Financial Account.**
12. **GRANTED as to any evidence, mention or reference to Plaintiff's book entitled, "Liberty For None and Injustice for All" and/or his website "JerryEller.com," which promotes his book.**
13. **GRANTED as to any news story regarding Plaintiff concerning identity theft or problems with his credit.**
14. **GRANTED as to any damages or amounts of damages not previously disclosed by Plaintiff in his disclosures or otherwise limited by the Court.**
15. **RULING RESERVED as to hearsay statements or hearsay evidence.**
16. **RULING RESERVED as to Plaintiff's personal beliefs or opinions (as opposed to stating what the facts will show or argument regarding the facts in evidence) concerning the equities or justice inherent in Plaintiff's case or Plaintiff's right to recover damages.**
17. **RULING RESERVED as to Actions of Trans Union as covert, conspiratorial or similar references.**

Court's comments

Discussion/Argument

**ORDERED:** **Trans Union, LLC's Objections to Plaintiff's Exhibit and Witness Lists  (ECF No. 218) RULING RESERVED.**

Court's comments

Discussion/Argument

**ORDERED:** **Plaintiff's Motion in Limine (ECF No. 198) is GRANTED IN PART.  The motion is granted as to the following issues which were not opposed by the Defendant: Nos.  7, 10, 11, 17, 18, 19, 20, 24, 34 and 35.**

**The Motion is also granted with respect to issue Nos. 25 through 30.**

Colloquy between the Court and Mr. Eller

**ORDERED:** **Plaintiff's Motion in Limine (ECF No. 198) RULING RESERVED as to issue No. 15.**

**ORDERED:** **Plaintiff's Motion to Amend Plaintiff's Final List Of Proposed Exhibits (ECF No. 199) is GRANTED.**

**The Court directs Plaintiff to streamline, reorganize and simplify his current set of exhibits and Exhibit List.**

**ORDERED:** **Plaintiff shall fax or e-mail a revised Exhibit List to the Defendant by Friday, September 28, 2012.**

Discussion/Argument

**ORDERED:** **Plaintiff and defense counsel shall meet face to face no later than October 2, 2012 to go through the exhibit lists, and to stipulate, to the maximum extent possible, to the admissibility of exhibits.**

**ORDERED:** **The Plaintiff and Defendant shall file revised, final Exhibit Lists with notations indicating whether each exhibit is stipulated or not stipulated, no later than Thursday, October 4, 2012.**

**ORDERED:** **Trans Union's Motion for Attorney's Fees (ECF No. 203) is DENIED WITHOUT PREJUDICE.**

Court's comments

Discussion/Argument

**ORDERED:   Trans Union's Motion to Compel Limited Removal of Plaintiff's Social Media (ECF No. 204) is DENIED.**

**ORDERED:   Agreed Motion for Leave to Amend Joint Final Pretrial Order (Doc No. 205) is GRANTED.**

**ORDERED:   No trial briefs will be permitted.**

Court's comments

Discussion/Argument

**ORDERED:   Deposition designations and objections shall be filed by Tuesday, October 2, 2012.**

Court's comments

**ORDERED:   Defendant shall label, pursuant to the Court's Revised Practice Standards, its disputed Jury Instructions and refile them as Revised Disputed Instructions by Tuesday, September 25, 2012.**

**ORDERED:   All of the Plaintiff's jury instructions are STRICKEN.**

Colloquy between the Court and Mr. Eller concerning the Court's Jury Instructions

Court's comments

**Mr. Myers will call chambers by Tuesday September 25, 2012 to advise who will be seated at the Defendant's table the first morning of trial.**

**ORDERED:   Plaintiff and defense counsel shall be present at 8:00 a.m. on the first morning of trial, Tuesday, October 9, 2012, to take up any matters before the jury panel is brought into the courtroom around 8:30 a.m.**

11:21 a.m.   Court in Recess
Hearing concluded
Time: one hour and 18 minutes