IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen<br>Court Reporter:    Gwen Daniel | Date:  October 10, 2012 |

_____

| | |
|---|---|
| Civil Action No.  09-cv-00040-WJM-KMT | Counsel: |
| GERALD HANSEN ELLER, | *Pro Se* |
|     Plaintiff, | |
| v. | |
| TRANS UNION LLC, | Paul L. Myers<br>Benton Barton |
|     Defendant. | Martin E. Thornthwaite<br>Daniel Halvorsen |

_____

COURTROOM MINUTES
_____

JURY TRIAL - Day Two

08:11 a.m.    Court in Session

Also present:  Assistant United States Attorney Jamie Mendelson on behalf of the Department of Veterans Affairs

Court's comments

**ORDERED:  Defendant Trans Union LLC's Motion to Seal (ECF No. 229) is GRANTED IN PART with respect to Defendant's Exhibit A90, which has been marked "confidential."  It will be placed under seal and be subject to the Amended Protective Order (ECF No. 95).**

**With respect to the 15-plus other exhibits that have Mr. Eller's and/or Mr. Willard's Social Security number, defense counsel and Mr. Eller shall at the conclusion of the trial today, stay in the courtroom and together go through those exhibits with those Social Security numbers and redact the first five digits of all those Social Security numbers**.

09:03  Jury present

**PLAINTIFF'S SECOND WITNESS MICHAEL KLEINMAN** (taken out of order)
09:05 Direct (by Mr. Eller)

                                        EXHIBIT IDENTIFIED, OFFERED AND RECEIVED:
                                        29 (objection overruled)

09:31  Cross (by Mr. Myers)

09:42  Redirect (by Mr. Eller)

**PLAINTIFF'S FIRST WITNESS GERALD HANSENELLER**
09:46  Cross (by Mr. Myers)

                                        EXHIBIT IDENTIFIED, OFFERED AND RECEIVED:
                                        A8, A10, A11, A12

10:28 Court in Recess
10:48  Court in Session - without jury

Discussion re witnesses

10:52  Jury present

**PLAINTIFF'S THIRD WITNESS MARION CHRISTINE THORNTON** (taken out of order)
10:54  Direct (by Mr. Eller)

Assistant United States Attorney Jamie Mendelson addresses the Court.

10:57 - 10:59 Bench conference

11:00 Direct continued

11:06  Cross (by Mr. Thornthwaite)

**PLAINTIFF'S FIRST WITNESS GERALD HANSEN ELLER**
11:10  Cross continued (by Mr. Myers)

                                        EXHIBIT IDENTIFIED, OFFERED AND RECEIVED:
                                        A74, A78, A81

11:35  - 11:36 Bench conference

11:36  Cross continued

12:22  Court in Recess
01:49  Court in Session - without jury

01:49  Jury present

**PLAINTIFF'S FIRST WITNESS GERALD HANSEN ELLER**
01:50  Cross continued (by Mr. Myers)

                                           EXHIBIT IDENTIFIED, OFFERED AND RECEIVED:
                                           A49

02:03 - 02:06 Bench conference

                                           EXHIBIT IDENTIFIED, OFFERED AND RECEIVED:
                                           A5, A94, A95, A96

**PLAINTIFF'S FIRST WITNESS GERALD HANSEN ELLER**
02:50  Redirect examination by *pro se* plaintiff in narrative form

02:58  Court in Recess
03:22  Court in Session - without jury

Discussion

03:27 Jury present

**PLAINTIFF'S THIRD WITNESS DR. ROBERT GOOS** (by telephone)
03:29 Direct (by Mr. Eller)

03:45  Cross (by Mr. Myers)

Defendant offers Exhibit No. A69.  Plaintiff withdraws his stipulation to the exhibit and objects to its admission.

                                           EXHIBITS IDENTIFIED, OFFERED AND REFUSED:
                                           (objection sustained): A69

04:02  Redirect

**PLAINTIFF'S FIRST WITNESS GERALD HANSEN ELLER**
04:05  Redirect examination continued by *pro se* plaintiff in narrative form

        EXHIBITS IDENTIFIED, OFFERED AND REFUSED (objection sustained): 35

        As to exhibit 40 the objection is overruled as to all pages of Exhibit 40 other than page Eller 907, the objection is sustained as to that page only.

        EXHIBIT IDENTIFIED, OFFERED AND RECEIVED: 40, all pages except for Eller Supp. 907

        EXHIBITS IDENTIFIED OFFERED AND REFUSED: Exhibit No. 40, Eller Supp. 907

        EXHIBITS IDENTIFIED OFFERED AND REFUSED: 59

        EXHIBIT IDENTIFIED, OFFERED AND RECEIVED: Exhibit 37(objection overruled) Eller Supp. 40, 59, 937

        EXHIBITS IDENTIFIED OFFERED AND REFUSED (objection sustained) Exhibit 37, Eller Supp. 939

        EXHIBIT IDENTIFIED, OFFERED AND RECEIVED: 19

04:55  Jury excused

Court's comments

04:58  p.m.   Court in Recess
                Trial continued
                Time: six hours and 36 minutes