IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Case No. 09-cv-00040-WJM-KMT

GERALD HANSEN ELLER,

    Plaintiff,

v.

TRANS UNION LLC,

    Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

IT IS STIPULATED AND ORDERED that Plaintiff, *pro se*, and counsel for the defendant shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 12 day of October 2012.

BY THE COURT:

William J. Martínez / Judge

Gerald Hansen Eller *pro se*

Attorney for Defendant